IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACOB PFALLER, Administrator of
the Estate of Danny Harold Pfaller
    Plaintiff,

        v.                              Civil Action No.  3:19cv728 (REP)

DR. LAURENCE SHU-CHUNG WANG,
    Defendant.

**ORDER**
**Regarding Procedures for Follow-Up Settlement Conference**

The Court has scheduled this case for a follow-up settlement conference on **March 14, 2023** at **9:30 A.M.** At that time, the parties, including the three statutory beneficiaries, and their counsel shall report to the chambers of Magistrate Judge Mark R. Colombell.

In addition to counsel, **each party must have a representative physically present with the full authority to settle this action**.  If an individual is a named party, that individual must be personally present at the settlement conference.  If a business entity (or entities) is/are involved, each entity must have a representative with full authority to settle the case on behalf of that entity present.  For purposes of this Order, a defense representative has full authority if the representative has the authority to settle the case up to the value of the last demand by the Plaintiff(s).  A defense representative should have full authority even if the representative does not expect or intend for the case to settle at the value of the last demand by the Plaintiff(s).  **The failure of a party to have a representative physically present with full authority to settle the case may result in the imposition of sanctions upon that party.**

Consistent with the requirements of this Court's Personal Electronics Device Policy,[1] should counsel or party representatives desire to bring any electronic devices, including laptops and/or cell phones, to the settlement conference, counsel must complete the form designated "Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia." Counsel should complete this form and submit it to chambers no later than one week before the settlement conference. On the date of the settlement conference, counsel shall bring a physical copy of the authorization form, signed by Judge Colombell or his law clerk, for inspection by court security officers.[2]

If the matter is not settled, the Court will simply inform the designated trial judge that the matter was not resolved despite the parties' good faith efforts (provided that the parties comply with the conditions of this Order and act in good faith during the settlement conference).

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Date: March 9, 2023

---

[1] Both the policy and the form can be accessed at
https://www.vaed.uscourts.gov/sites/vaed/files/PERSONAL%20ELECTRONICS%20DEVICE%20POLICY.pdf
[2] Each individual named on the authorization form must bring his or her own physical copy of the authorization form for inspection by court security officers.