IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JACOB PFALLER, Administrator, of the Estate of Danny Harold Pfaller, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No.: 3:19-CV-00728 |
| DR. LAURENCE SHU-CHUNG WANG, | ) ) ) ) | |
| *Defendant* | ) | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS
AGAINST THE REMAINING DEFENDANT**

The parties in this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal, **with Prejudice**, of this Action against Defendant Wang, including all claims asserted, with each party to bear his own attorney's fees and costs.

Respectfully submitted this 11th day of April 2023.

| | |
|---|---|
| /s/ Mario B. Williams | /s/Lynne Jones Blain |
| Mario B. Williams | Lynne Jones Blain |
| VSB #91955 | VSB #23719 |
| HDR, LLC | M. Scott Fisher |
| 44 Broad Street, NW, Suite 200 | VSB #78485 |
| Atlanta, GA  30303 | Harman Claytor Corrigan & Wellman |
| *Attorney for Plaintiff Jacob Pfaller* | PO Box 70280 |
| | Richmond, VA 23255 |
| | *Attorney for Defendant Dr. Laurence Shu-Chung Wang* |